

EXHIBIT A

# Inmate Grievance Complaint

Grievance No. _____

Coxsackie Corr. Fac.

Name: Nyjee Boyd  Din: 15B2063
Location: RMHU-s-39 Date: 9-27-22

Description of incident: On the date 9-24-22
at approx. 8:30 Am C.O. Michael Delasse
Searched my cell during this search C.O.
Michael Delasse stated "I know about
your complaints in sing sing, word travels"
he than began to destroy my legal work,
by throwing them away he also threw all
my Hygiene, Commissary, Books and
pictures in the trash. He than stated "you
ever seen what happened to rodney king? you
know what happend to those officers". Nothing
maybe one day you'll learn". This search was
in retaliation for my complaints against
sing sing Corr. Fac. staff.

Grievant Signature: _____

Action Requested: C.O. M. Delasse be disciplined in
accordance to Docs policies procedures, for violation of
my Constitutional rights.   cc: Grievance clerk/file/etc.

# Inmate Grievance Complaint

Grievance No.

_____

Coxsackie Corr. Fac.

_____

Name: Nyjee Boyd Din: 15B2063
Location: RMHU s-39 Date: 9-27-22

Description of incident: On the date of
9-24-22 Lt. Christopher J. Turriglio
placed me on a improper property deprivation
order. I was deprived of all in cell
property including state issued items.
as a result, I became severly depressed
and attempted to end my life. This property
deprivation was put in place in retaliation
and to punish me for past grievances, I've
wrote at Coxsackie Corr. Fac. and Sing Sing
Corr. Fac. against staff.
Grievant signature: _____

Action Requested: Lt. Christopher J. Turriglio,
be disciplined in accordance to Docs policies
and procedures for violating my Constitutional
rights and authorizing a improper deprivation order
that affected my mental Health.
                    CC: Grievance Clerk/File letter

from: Nyjee Boyd Din: 15B2063 Date: 9-30-22
Location: RMHU-8-39


TO: DSS frazier
      Coxsackie Corr. Fac.

         I am writing because I was
placed on a improper deprivation on
9-24-22 by Lt. Christopher J. Turriglio,
this deprivation is in violation of my Constitutional
rights which I have not done anything to deprive
of all my in cell property including state
issued items. I believe this deprivation is
in retaliation for prior grievances I've wrote
in violation of my 1st Amendment Constitutional
right and also my 8th Amendment right.
This is a violation of 4 NYCRR 305.2 (a)(b)(c)
(c). I request this improper deprivation
order be discontinued.

                                    cc: DSS frazier /
                                    file lefc...

from: Nyjee Boyd Din: 15B2063  Date: 9-27-22
RMHU-S-39

(INFORMAL COMPLAINT)

TO: Superintendent
Coxsackie Corr. Fac.

I am writing because on the date
of 9-24-22 at approx: 8.45Am Lt. Christopher
J. Turriglio, placed me on a improper property
deprivation, I was deprived of all my cell
property including state greens and linens
this was in retaliation for prior complaints
against Coxsackie Corr. Fac. Staff and Sing
Sing Corr. Fac. Staff, As a result this affected
my mental Health, which I attempted to
take my life. This deprivation order was in
violation of 7NYCRR 305.2(a). This also
violated N.Y. Corr. Law 137(j)(iii). and
employees Manual 2.1 personal conduct, 2.2.
Lawful Comportment, I request a investigation
be conducted into the improper property deprivation
Order.

CC: Superintendent Coxsackie
Corr. Fac./Anthony Annucci
Docscomm/OSI /Boxfile

FORM 2187 (06/22)

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

COXSACKIE _____ Correctional Facility

## DEPRIVATION ORDER

INCARCERATED INDIVIDUAL'S NAME: Boyd _____ DIN: 15B2063 _____ Cell Location: RMHU-39

In accordance with Directive #4933, "Special Housing Units," on this date of 11/13/22 _____, you are being deprived of the following specific item(s), privilege(s), or service(s): ALL PERSONAL PROPERTY

because it is determined that a threat to the safety or security of staff, incarcerated individuals, or State property exists and for the following specific reason(s): 11/13/22 Used a container that was filled from toilet and projected unknown clear liquid that smelled like bleach striking Officer. Attempted again, striking closed window.

Recommended by: PETRONE _____, Sergeant   Authorized by: _____, Date: _____
                                                        (DSS, OD, or Other Authorized Staff)

| Daily Review | Date | Cell # | Reason(s) for continuing this order (based on current evaluation): | |
|---|---|---|---|---|
| DAY 2. | 11/14 | | | |
| | | | Recommended by (Sgt.): | Authorized by: |
| DAY 3. | 11/15 | | | |
| | | | Recommended by (Sgt.): | Authorized by: |
| DAY 4. | 11/16 | | | |
| | | | Recommended by (Sgt.): | Authorized by: |
| DAY 5. | 11/17 | | | |
| | | | Recommended by (Sgt.): | Authorized by: |
| DAY 6. | 11/18 | | | |
| | | | Recommended by (Sgt.): | Authorized by: |
| DAY 7. | 11/19 | | | |
| | | | Recommended by (Sgt.): | Authorized by: |

*After seven (7) days, deprivation orders will be reviewed and can be renewed by the Superintendent*

**SUPERINTENDENT'S REVIEW:**

COMMENTS: _____

_____

RENEW: ☐ YES   ☐ NO   SIGNATURE: _____   DATE: _____

---

**NOTICE TO INCARCERATED INDIVIDUAL:**
You may write to the Deputy Superintendent for Security or their designee to make a statement on the need for continuing this deprivation order.

---

NOTES: Upon signature (authorization), copy and deliver to the incarcerated individual.

cc: Superintendent, SHU Sergeant, Housing Unit, Guidance Unit, Incarcerated Individual

Form 2131E(REV3-05)
Response of IGRC:
**Boyd,N 15-B-2063**
**CX-0118-22**

Due to the fact that on the date of 11/13/22 at approximately 4:30PM I/I Boyd assaulted staff by projecting an unknown liquid from a personal container out of his cell striking an officer in the face and chest the unknown liquid had a strong smell of bleach.Which after incident occurred DSS Frazier was notified by Lieutenant Syed of the incident.Sergeant Petrone issued window and personal property deprivation orders Via phone DSS Frazier approved the deprivations.I/I boyd received his property shortly after he was cleared from 1 on 1 suicide watch which I/I was put on due to suicidal remarks made on the tier during a cell search.

Grievance Denied

Date returned to Inmate:_____    IGRC Members:_____

Chairperson:_____    _____

_____

Return within 7 Calendar days and check appropriate boxes.*

☑ I disagree with IGRC response and wish to appeal to Superintendent.

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I apply to the IGP Supervisor for review of dismissal.

Signed: _____    *1-8-23*
            Grievant                                    Date

_____    _____
Grievance Clerk's Receipt                              Date

*To be completed by Grievance Clerk.*

Grievance Appealed to the Superintendent:_____
                                                    Date

Grievance forwarded to the Superintendent for action:_____
                                                                Date

*An exception to the time limit may be requested under Directive #4040, section, 701.6(g).

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO.<br>CX-0090-22 | DATE FILED<br>09/30/2022 |
|---|---|---|
| | FACILITY<br>Coxsackie | POLICY DESIGNATION |
| INCARCERATED GRIEVANCE PROGRAM | TITLE OF GRIEVANCE<br>Retaliation and Deprivation | CASE CODE<br>22 |
| SUPERINTENDENT RESPONSE | SUPERINTENDENT'S SIGNATURE | DATE<br>2/10/23 |
| GRIEVANT<br>Boyd, N. | DIN<br>15-B-2063 | HOUSING UNIT<br>Great Meadow CF |

The grievant alleges he was retaliated against and improperly deprived of in cell items.

The investigation by a supervisor indicates that the grievant was interviewed and provided no additional information or witnesses. Staff went on record to deny retaliated against the grievant and state the grievant was placed on a property deprivation for refusing to return the static tablet.

Contrary to the grievant's assertions there is no evidence to substantiate malfeasance by staff.

Denied.

---

**APPEAL STATEMENT**

If you wish to appeal the above decision of the Superintendent please sign below and return this copy to the IGRC at the facility where the grievance was filed. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please provide a reason why you are appealing this decision to CORC.

This investigation was flawed and such deprivation was unconstitutional and in violation of N.Y. Correction Law §137.

_____     3-14-2023
GRIEVANT'S SIGNATURE                          DATE

_____     _____
GRIEVANCE CLERK'S SIGNATURE                  DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)

Form 2133 (12/21)

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**
## INMATE GRIEVANCE COMPLAINT
# COXSACKIE CORRECTIONAL FACILITY
## Receipt of Grievance

49

Grievance No.

**CX- 0090- 22**

Short Title __Retaliation and Deprivation__

**Date Filed:** _Friday, September 30, 2022_

**Name:** ___Boyd , N___  **Dept. No.:** _15-B-2063_  **Housing Unit:** RMH-U-39

This notice is to infom you that your grievance has been filed with the Coxsackie Correctional Facility Grievance office.

**From the desk of**
# J. Hale, Inmate Grievance Program Supervisor

# Inmate Grievance Complaint

GRIEVANCE No.

_____

## Coxsachie Correctional Facility

Name: NY Lee Boyd DIN: 15B2063
Location: RMHU-N-7 Date: 11-20-22

Description of incident: On the date of 11-20-22 at approx 11:20 Am while being escorted back from Program. Sgt. D. Petron stated "I always win, I will continue to say your making threats, to get your deprivation extended. I have the DSS in my Pocket" "So you can continue to write your grievances against Murphy, Delasse, myself and my staff. Your stay here will be hell we just went through yesterday, do we have to go back to medical?." So I refused to engage with a conversation with sgt. D. Petron And he stated "OK have your way. It will be a long time before you get your Property" I continue to be retaliated against by sgt. Petron and Harrassed.

Grievant Signature: _____

Action Requested: That I not be retaliated against and Harrassed and that sgt. Petron be disciplined in accordance with Department Policies and Procedures.

cc: Grievance clerk/
file letc...

FORM #2077 (REV. 11/16)

**NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

**CELL FRISK/CONTRABAND RECEIPT**

_Coxsackie_ **CORRECTIONAL FACILITY**

| Original – Inmate |
| Copy    - DSS |

Date: _11/13/22_    Frisk Start Time: _8:50_    Frisk End Time: _9:00_

Inmate Name: _Boyd_    DIN: _158263_ CELL/CUBE/ROOM: _RMHU 38_

Officer Conducting Search: _Sharpe_    _61364_

Print Name Legibly        Badge #        Signature

| ITEMS CONFISCATED OR DAMAGED | WHERE FOUND | DISPOSITION OF ITEMS LISTED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

X  NO CONTRABAND FOUND        X  NO PROPERTY DAMAGED DURING SEARCH

**NOTICE TO INMATE:** YOU MAY WRITE TO THE DEPUTY SUPERINTENDENT FOR SECURITY WITHIN 7 DAYS OF THIS RECEIPT REGARDING THE CONFISCATION OR DISPOSITION OF THESE ITEMS.

**NOTE:** DURING THIS CELL FRISK, MY INITIALS BELOW INDICATE THAT THE CELL INTEGRITY CHECK HAS BEEN COMPLETED AS FOLLOWS:

FLOORS: _____        SINK/TOILET: _____

AIR VENT: _____        WINDOW CHECKED/INTACT: _____

CEILING: _____        WALLS: _____

BARS: _____        MISC: _____

IN ADDITION: THE FOLLOWING ITEMS WERE CHECKED FOR COMPLIANCE:
PROPERTY LIMITS (No more than 4 bags of property): _____
PHOTOGRAPH/PICTURE COMPLIANCE (No nudes visible from the front of cell. All photos/pictures confined in the appropriate 2' x 4' section.) _____
INMATE ID MATCHES CURRENT APPEARANCE (Checked ID to inmate's current appearance, if the inmate was present for the search.) _____

Comments: _Excessive garbage_

FORM 2187R (06/22)

## NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

COXSACKIE _____ Correctional Facility
### DEPRIVATION ORDER RENEWAL

INCARCERATED INDIVIDUAL'S NAME: Boyd _____ DIN: 15B2063 _____ Cell Location: RMHU-7

In accordance with Directive #4933, "Special Housing Units," on this date of ___ 11/13/22 ___ , you are being deprived of the following specific item(s), privilege(s), or service(s): WINDOW

This order has been reviewed and renewed because it has been determined that a threat to the safety or security of staff, incarcerated individuals, or State property continues to exist for the following specific reason:

11/13/22 Used a container to project unknown clear liquid with smell of bleach striking an Officer in the face.

Attempted again, striking closed window. Continues to threaten security staff.

| Daily Review | Date | Cell # | Reason(s) for continuing this order (Based on current evaluation): | |
|---|---|---|---|---|
| 1 | 11/20 | 7 | Continue to threaten Staff. Continues to threaten to "turn it up" and "play games" all night. | |
| | | | Recommended by (Sgt.) _____ | Authorized by N/C (t. Vines |
| 2 | 11/21 | 9 | Continues to threaten to "build it" | |
| | | | Recommended by (Sgt.) _____ | Authorized by |
| 3 | 11/22 | 7 | _____ | |
| | | | Recommended by (Sgt.) _____ | Authorized by: |
| 4 | 11/23 | | _____ | |
| | | | Recommended by (Sgt.) _____ | Authorized by: |
| 5 | 11/24 | 7 | Continues to cause disruption at the top during daily practices and threatens to turn it up again. | |
| | | | Recommended by (Sgt.) _____ | Authorized by: |
| 6 | 11/25 | | Pleasures to remain deprivation | |
| | | | Recommended by (Sgt.) _____ | Authorized by _____ |
| 7 | 11/26 | | | |
| | | | Recommended by (Sgt.) _____ | Authorized by: |

*After seven (7) days, deprivation orders will be reviewed and can be renewed by the Superintendent*

### SUPERINTENDENT'S REVIEW:

COMMENTS: _____

RENEW: ☐ YES    ☐ NO    SIGNATURE: _____ DATE: _____

---

### NOTICE TO INCARCERATED INDIVIDUAL:
You may write to the Deputy Superintendent for Security or their designee to make a statement on the need for continuing this deprivation order.

---

NOTES: Upon signature (authorization), copy and deliver to the incarcerated individual

cc: Superintendent, SHU Sergeant, Housing Unit, Guidance Unit, Incarcerated Individual

FORM 2187 (06/22)

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

_____ COXSACKIE _____ Correctional Facility

### DEPRIVATION ORDER

INCARCERATED INDIVIDUAL'S NAME: Boyd _____ DIN: 15B2063 _____ Cell Location: RMHU-39

In accordance with Directive #4933, Special Housing Units, on this date of 11/13/22 _____ you are being deprived of the following specific item(s), privilege(s), or service(s) WINDOW

because it is determined that a threat to the safety or security of staff, incarcerated individuals, or State property exists and for the following specific reason(s): 11/13/22 Used a container that was filled from toilet and projected unknown clear liquid that smelled like bleach striking Officer. Attempted again, striking closed window.

Recommended by: PETRONE _____ Sergeant   Authorized by: _____ Date 11/13/22
(CSS OD or Other Authorized Staff)

| Daily Review | Date | Cell # | Reason(s) for continuing this order (based on current evaluation) |
|---|---|---|---|
| DAY 2 | 11/14 | | |
| | | | Recommended by (Sgt.) _____ Authorized by _____ |
| DAY 3 | 11/15 | | |
| | | | Recommended by (Sgt.) _____ Authorized by _____ |
| DAY 4 | 11/16 | | Continue to threaten staff during flesh flushes |
| | | | Recommended by (Sgt.) _____ Authorized by _____ |
| DAY 5 | 11/17 | | Continue to threaten staff and be a disturbance to the tier |
| | | | Recommended by (Sgt.) _____ Authorized by _____ |
| DAY 6 | 11/18 | | threaten staff on rounds wash downs to throw again it he doesn't get his copy of Dep orders. |
| | | | Recommended by (Sgt.) _____ Authorized by _____ |
| DAY 7 | 11/19 | | Continues to be disruptive on tier |
| | | | Recommended by (Sgt.) _____ Authorized by _____ |

"After seven (7) days, deprivation orders will be reviewed and can be renewed by the Superintendent."

SUPERINTENDENT'S REVIEW:

COMMENTS: _____

_____

RENEW ☐ YES    ☐ NO    SIGNATURE _____ DATE _____

---

**NOTICE TO INCARCERATED INDIVIDUAL:**
You may write to the Deputy Superintendent for Security or their designee to make a statement on the need for continuing this deprivation order

---

NOTES: Upon signature (authorization), copy and deliver to the incarcerated individual.

cc: Superintendent, SHU Sergeant, Housing Unit, Guidance Unit, Incarcerated Individual





## Commission of Correction

**ALLEN RILEY**
Chairman

**THOMAS J. LOUGHREN**
Commissioner

**YOLANDA CANTY**
Commissioner

March 15, 2023

Nyjee Boyd  DIN# 15-B-2063
Great Meadow Correctional Facility
Box 51
Comstock, NY 12821-0051

Dear Mr. Boyd:

The Commission of Correction is in receipt of your correspondence received on March 13, 2023.

Please be advised that the Commission of Correction has reviewed your complaint and forwarded it to the appropriate agency for review and handling.

If you have any other concerns regarding this complaint please contact:

Office of Special Investigations
New York state Department of Corrections and Community Supervision
9 State Campus
Albany, New York 12226-2050

Thank you for bringing your concerns to our attention.

Sincerely,

Bureau of Field Operations
#174568

From: Nyjee Boyd Din: 15B2063   Date: 3-8-23
Great Meadow Corr. Fac.
P.O. Box 51
Comstock, NY 12821-0051
                          (Informal Complaint)


To: New York State Commission of Correction
Alfred E. Smith State Office Building
80 S. Swan Street, 13th floor
Albany, NY 12224


        On the date of 2-23-2023 at approx.
11:00Am while at Great Meadow Corr. Fac. I
was being placed on a suicide watch, while
being placed on this suicide watch Sgt. Ronald
G. Hanson directed the officers conducting the
admission for "Obs" to hold both of my arms
holding me face first against the wall. Sgt. Hanson
stated "You like to file grievances against me and
my officers, I can take what I want you have
no rights your just another lost nigger" he than
grabbed my testicles and sqeezed them excessively
tight, I began to yell in severe pain he was hurting
me he than stated "You can scream, but nobody will
hear you, this is my show I'll advise you play by
the rules" he than let go of my testicles. he than
directed the officers to place me in my cell.

which was MH-B-006 cell. On the date of 3-24-23
at approx. 11:00AM during my mental health interview,
I informed mental health staff of the incident.
I also informed the DSS of Great Meadow Corr. Fac.
during tour rounds in the BHU, and wrote a grievance,
staff failed to report the incident and to file the
grievance, and I've been being retaliated against
based on me attempting to report this prea, they
are attempting to cover-up this sexual assault
by Ronald C. Hansen and I am in fear for
my life. I request a world's investigation be
conducted and I be provided medical treatment
for the pain I am experiencing.

cc: New York state Commission
of Correction / file / etc...

from: Nypee Boyd Din: 15B2063        Date: 3-8-23
        Great Meadow Corr. Fac.
        P.O. Box 51
        Comstock, New York 12821-0051
                        (Informal complaint)
to: Kathy Hocul (Gov of NYS)
        Executive Chamber
        State Capitol
        Albany, NY 12224


        On the date of 2-23-2023 at approx.
11:00AM while at Great Meadow Corr. Fac. I was
being placed on a suicide watch, while being placed
on this suicide watch Sgt. Ronald G. Hanson directed
the officers conducting the admission to "Obs" to
hold both of my arms holding me first first against
the wall. Sgt Hanson stated "you like to file grievances
against me and my officers, I can take what I
want you have no rights your just another lost nigger"
he than grabbed my testicles and squeezed them
excessively tight. I began to yell in severe pain
he was hurting me he than stated "you can scream,
but nobody will hear you, this is my show I'll advise
you play by the rules" he than let go of my testicles.
he than directed the officers to place me in my cell.
which was MH-B-006. On the date of 2-24-23

at approx 11:00am during my mental Health Interview
I Informed mental Health staff of the incident.
I also informed the DSS Monghomery of Great
Meadow Corr. Fac. during tour rounds in the BHU,
and wrote a grievance, staff failed to report the
incident and to file the grievance I submitted,
and I've been being retaliated against based on
attempting to file this prea, they are attempting
to cover-up this sexual assault by Ronald G. Hanson
and I am in fear for my life. I request a unbia's
Investigation be conducted and I be provided medical
treatment for the pain I am experiencing.

cc: Kathy Hocul /
File /etc...

From. Nyjee Boyd DIN 15B2063    Date 3-8-23
        Great Meadow Corr. Fac.
        P.O Box 51
        Comstock, N.Y. 12821-0051
                                        (Informal Complaint)

To. Office of the Inspector General
    Empire State Plaza
    Agency Building 2, 16th Floor
    Albany, N.Y 12223


        On the date of  2-23-2023 at approx.
11.00AM while at Great Meadow Corr. Fac. I
was being placed on a suicide watch, while
being placed on this watch Sgt. Hanson directed
the officers conducting the admission to "obs"
to hold both of my arms the officers conducting
the admission then grabbed my arm holding me
against the wall, facing the wall. Sgt. Hanson
stated " you like to file grievances against me and
my officers, I can take what I want you
have no rights your Just another lost nigger "
he than grabbed my testicles and squeezed them
extremely hard, I began to yell in pain screaming
he was hurting me he than stated "you see can
Scream, but nobody will hear you, this is my
show I'll advise you Play by the rules" he than

let go of my testicles. he than directed the officers to place me In MH-B-006 cell. On the date of - 2-24-23 at approx 11:00pm during my mental Health Interview, I informed mental Health staff of the incident, I also wrote a grievance about the Incident and they have failed to report my prea complaints and have actually retaliated against me, I've also been denied medical treatment in regards to the excessive Pain I've experienced in my testicles. staff at Great Meadow Corr. Fac. are attempting to cover-up this sexual assault by Ronald G Hanson and I am in fear for my life, I request that a unbias Investigation into this incident be conducted and I be protected from any further sexual assaults.

CC: office of the Inspector General / file / etc...



```
04/06/2023        NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION        PAGE    1
DCP004            SUPERINTENDENT  HEARING DISPOSITION RENDERED
```

GRT MEAD BHU                              TAPE NUMBER _0242-23_

DIN: 15B2063 NAME: BOYD, NYJEE                          LOCATION: BH-02-B03
                                            SHU CELL INELIGIBLE
INCIDENT DATE & TIME:        04/05/2023   02:15 PM    TIER 3

REVIEW DATE:                 04/06/2023          BY:  DSS  MONTGOMERY, K A

DELIVERY DATE & TIME:        04/06/23    07:30 AM BY:  CO   DUMONT, R A

HEARING START DATE & TIME: _4_ /_17_ /_23_ _12_:_28_ _PM_ BY: _SORC  A. Benware_

HEARING END DATE & TIME: _5_ / _/23_ _:_ _ BY: _SORC  A. Benware_
WAS THERE NEED FOR A FORMAL MENTAL HEALTH/INTELLECTUAL CAPACITY ASSESSMENT? (Y) / N

```
CHARGE
NUMBER     DESCRIPTION OF CHARGES              REPORTED BY          DISPOSITION

113.10     WEAPON                      CO    LAFARR, S Z                 G
------     -----------                 ----  -----------
113.23     CONTRABAND                                                   G
------     -----------
114.10     SMUGGLING                                                    G
------     -----------
```

ANY GUILTY DISPOSITION WILL RESULT IN A MANDATORY DISCIPLINARY SURCHARGE IN THE
AMOUNT OF FIVE($5.00) DOLLARS BEING ASSESSED AUTOMATICALLY AGAINST THE I/I.
SANCTION DATES BELOW ARE SUBJECT TO REVIEW/CHANGE, AND WILL BE CONSECUTIVELY ADDED TO
ANY SIMILAR CURRENT SANCTION.

| PENALTY CODE | DESCRIPTION | PENALTY MO DAYS | START DATE | RELEASE DATE | SUSPEND MO DAYS | DEFERRED MO DAYS | RESTITUTION $$$$ . ¢¢ |
|---|---|---|---|---|---|---|---|
| A000 | BHU, REU, SHU | 730D | 10/10/23 | 10/10/25 | | | |
| 2000 | Loss Static tablet | 365D | 5/1/23 | 5/1/24 | | | |
| F000 | Loss Commissary | 365D | 11/17/23 | 11/17/24 | | | |
| E000 | Loss Package | 365D | 11/17/23 | 11/17/24 | | | |
| Y000 | Loss of Property | 365D | 5/1/23 | 5/1/24 | | | |
| G000 | Loss of Phone | 365D | 5/1/23 | 5/1/24 | | | |
| D000 | Loss of Rec | 365 | 5/1/23 | 5/1/24 | | | |
| H000 | Rec'd loss goodtime 6mo. | | | | | | |

NEW YORK STATE | **Corrections and Community Supervision**

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

## MEMORANDUM

**TO:** NAME **Boyd, N.** , DIN **15B2063**, Housing Location **BH-B3**

**FROM:** Cutler , IGP Supervisor

**DATE:** 4/17/23

**SUBJ:** Complaint Concerning Sexual Abuse, Sexual Harassment, or Unauthorized Relationship

---

In accordance with Directive #4040, § 701.3 (i), any grievance complaint filed concerning sexual abuse and/or sexual harassment (PREA complaint) shall be immediately reported by the IGP Supervisor to the Watch Commander for further handling in accordance with Departmental policies. Additionally, complaints concerning unauthorized relationships will not be investigated through the grievance mechanism. A grievance complaint concerning sexual abuse, sexual harassment, or an unauthorized relationship shall be deemed exhausted upon filing for Prison Litigation Reform Act (PLRA) purposes. If the complaint does not set forth any additional timely matters that require a response, it shall be closed.

Your grievance complaint # GM-0251-23 , dated 4/7/23 , has been forwarded for handling in accordance with Directive #4040, § 701.3 (i), and Directive #4027.

☐ Your grievance complaint contains only concerns of sexual abuse, sexual harassment, or an unauthorized relationship. Accordingly, it has been deemed exhausted and has been closed. You will not receive a response to this grievance complaint through the Incarcerated Grievance Program mechanism.

☑ Your grievance complaint contains concerns of sexual abuse, sexual harassment, or an unauthorized relationship, as well as additional timely matters unrelated to those allegations. Therefore, the complaint will be treated as two separate grievances. The sexual abuse/sexual harassment/unauthorized relationship concerns have been reported in accordance with Department policy. The other timely matters unrelated to those concerns will be treated as a separate grievance under log # GM-0252-23 , which will be processed in accordance with Directive #4040. You will not receive a response to your sexual abuse/sexual harassment/unauthorized relationship concerns through the Incarcerated Grievance Program mechanism.

cc: SA/SH/UAR Grievance # _____ file

(Grievant Notification)

 **NEW YORK STATE** | **Commission of Correction**

**ALLEN RILEY**
Chairman

**THOMAS J. LOUGHREN**
Commissioner

**YOLANDA CANTY**
Commissioner

April 26, 2023

Nyjee Boyd
DIN# 15-B-2063
Great Meadow Correctional Facility
Box 51
Comstock, NY 12821-0051

Dear Mr. Boyd:

The Commission of Correction is in receipt of your correspondence received on April 19, 2023.

Please be advised that the Commission of Correction has reviewed your complaint and forwarded it to the appropriate agency for review and handling.

If you have any other concerns regarding this complaint please contact:

Office of Special Investigations
New York state Department of Corrections and Community Supervision
9 State Campus
Albany, New York 12226-2050

Thank you for bringing your concerns to our attention.

Sincerely,

Bureau of Field Operations
#176210

From: Nyjee Boyd DIN 15B2063    Date: 4-7-23
Great Meadow C.F.
P.O. Box 51
Comstock, New York 17821-0051

(Informal Complaint +
TO: New York State Commission of Correction
Alfred E. Smith State Office Building
80 S. Swan St, 12th floor
Albany, NY 12210

On the date of 4-5-2023 at approx. 1:45 Pm
C.O. LaFarr and C.O. John doe#1 came to my cell
which is BHU-B-03 cell and informed me, I
had a mental Health call-out with the Doctor,
I told them I refuse, the unknown officer
then informed me I couldn't refuse the call-out.
I then told them again I refuse. They both left
and Sgt. Hansan came to my cell and stated "Your
not coming out we'll start the extraction process"
he then left. I then asked C.O. LaFarr and John doe#1
what is this all about he stated "it is a cell search"
I then stated "What kind of cell search" he stated
routine. I asked would I be able to observe the
cell search he indicated "you should" I then stated
"so why you lie to me and stated I had a call-out"
he then stated "Es you coming out or not" I stated "Yes"

upon me Coming out and Complying with the search I was directed off the Company and escorted to the elevator were Sgt. Hanson was present with ~~John~~ C.O. John doe#2 and C.O. John doe#8, I was then placed on the elevator, and escorted to medical Examination room#1, with Sgt. Hanson, C.O. LaFarr, C.O. John doe#1, C.O. John doe#2 and C.O. John doe#3, while being escorted I informed them this is retaliation. upon being placed in the Examination room#1 I was directed to face the wall, I was then taken out of the mechanical restraints, and directed to place my hands on the wall, while my hands were on the wall Sgt. Hanson stated "I told you I'll make it real bad for you, since you like to write prea's I'ma give you something to write" he than gave C.O. s LaFarr the direction to teach me a lesson, C.O. LaFarr then reached and placed his hand inside my pants and squeezed my testicles severly hard, I was then choked by C.O. John doe#1, and slammed to the ground were I was kicked and punched repeatedly in the head and body, this last for approx. 2min., before responding staff arrived I was then forced to my feet and slammed against the wall. shortly after medical arrived and photographs were taken, I was then asked and forced to sign a medical form, I

was then escorted to X-rays and forced to take X-rays and then was escorted back to the BHU were I was placed in D-Block shower were I was forced. While my cell was being searched. At approx. 11:00Pm I informed Sgt. Lovely of the incident that occurred and that I was having severe pain in my testicles. She refused to inform medical stating why did, I wait this long to say something I told her, because I didn't feel safe reporting it on that tour. She then walked off and left me in my cell with no medical treatment. On the date of 4-6-2023 at approx. 6:50am I informed the officer I was having thoughts of suicidal Ideation. Ms. McCarthy shortly arrived to my cell upon her arrival, I advised her of what occurred and that I am having severe pain in my testicles, she advised me should would report it. Shortly after I recieved a "mbr" Authored by C.O. LaFarr. Incident date 4-5-23 for charges 113.10 - weapon, 113.23 - Contraband, and 114.10 - Smuggling. This "mbr" was Fabricated and issued in retaliation for filing a Prea against Sgt. Harbun. On the date of 4-7-23 at approx. 8:00Am I recieved two "mbr" One Authored by Ms. McCarthy Clinician of MHU incident date 4-6-23 6:50Am for charges of 107.11 - Harassment, 107.20 - False info, 104.13 - Create a disturbance, and

107.10 - Inteference, this "mbr" was issued in-
regards to the prea I reported to her which she
alleges I misused mental health services by reporting
such. The second "mbr" was Authored by Sgt. K.
Lovely incident date 4-5-23 for the charges of
113.15 - Unauthorized Exchange, 113.22 - Property un-
authorized Location, and 116.13 - Vandal/stealing
such "mbr" alleges during a cell search on 4-5-23
at approx. 1:00Pm officer K. found static tablet".
This "mbr" was also Fabricated and actually was
back dated when it was wrote to further retaliate
against me for prior prea complaints against Sgt. Hansen.
On the date of 4-7-2023 at approx. 8:00Am I
was escorted to medical by Sgt. Lovely, upon arriving
to medical I was interviewed by Doctor. Nesmith,
I informed him of what occurred in regards to my
prea and that I was having severe pain in my testicles
and im urinating blood. He refused to exam me and
never wrote my injury on the injury report in a attempt
to cover-up my prea and had me sign such form with-
out documenting my injury. and Falsified Business
records. I am being retaliated against by staff
and being sexually assaulted and denied medical
treat-ment and falsified "mbr's. This is a violation
of my 8th Amendment and 1st Amendment Constit-
utional rights. I request a investigation be conducted
into these allegations.    CC: New York State Commission
                                    of Correction / file /etc.---

FORM #2077 (REV. 6/21)

## NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

### CELL FRISK/CONTRABAND RECEIPT

| Original − Incarcerated Individual |
|---|
| Copy    − DSS |

_Great Meadow_ **CORRECTIONAL FACILITY**

Date: _3/13/22_    Frisk Start Time: _1:00_    Frisk End Time: _1:10_

Incarcerated Individual Name: _Boyd_    DIN: _15B2063_

CELL/CUBE/ROOM: _BHU-B-3_

Officer Conducting Search: _Trussell_    _60494_    _[signature]_
**Print Name Legibly**    **Badge #**    **Signature**

| ITEMS CONFISCATED OR DAMAGED | WHERE FOUND | DISPOSITION OF ITEMS LISTED |
|---|---|---|
| Belt | On person | long term storage sout# 2570640 |
| | | |
| | | |
| | | |

_____NO CONTRABAND FOUND    _✗__NO PROPERTY DAMAGED DURING SEARCH

**NOTICE TO INCARCERATED INDIVIDUAL:** **YOU MAY WRITE TO THE DEPUTY SUPERINTENDENT FOR SECURITY WITHIN 7 DAYS OF THIS RECEIPT REGARDING THE CONFISCATION OR DISPOSITION OF THESE ITEMS.**

**NOTE:** **DURING THIS CELL FRISK, MY INITIALS BELOW INDICATE THAT THE CELL INTEGRITY CHECK HAS BEEN COMPLETED AS FOLLOWS:**

FLOORS: _TR_    SINK/TOILET: _TR_

AIR VENT: _____    WINDOW CHECKED/INTACT: _____

CEILING: _____    WALLS: _____

BARS: _____    MISC: _____

IN ADDITION: THE FOLLOWING ITEMS WERE CHECKED FOR COMPLIANCE:
PROPERTY LIMITS (No more than 4 bags of property): _____
PHOTOGRAPH/PICTURE COMPLIANCE (No nudes visible from the front of cell. All photos/pictures confined in the appropriate 2' x 4' section.) _____
INCARCERATED INDIVIDUAL ID MATCHES CURRENT APPEARANCE (Checked ID to incarcerated individual's current appearance, if the incarcerated individual was present for the search.) _____

Comments: _____
_____
_____