Nyjee Boyd Din 15B2063
Great Meadow C.F.
P.O. Box 51
Comstock, NY 12821

U.S. District Court Clerk
Northern District of New York
Alexander Pirnie Federal Bldg., 3rd floor
10 Broad St
Utica, NY 13501

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
RECEIVED
JUL 17 2023

LEGAL MAIL